UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-CV-80993-DSL

JEFFREY NADEL, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

PRIMO WATER CORPORATION, a Delaware corporation;
PRIMO WATER NORTH AMERICA, INC., a Delaware corporation;
and MOUNTAIN VALLEY SPRING COMPANY, LLC,
an Arkansas limited liability company,

    Defendants.

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Jeffrey Nadel ("Plaintiff"), by and through undersigned counsel, hereby gives notice of voluntary dismissal of this action under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

In support of this Notice, Plaintiff states:

1. No Defendant has been served, has appeared, or has filed an answer or motion in this action. *See* D.E. 5 Motion for Extension of Time to Effect Service and File Amended Complaint (moving for an extension of time to effect service to file an amended complaint that would "revise the list of above-captioned corporate Defendants and substantially expand the factual scope of the initial complaint"); D.E. 6 Order Denying Motion for Extension of Time to Effect Service and File Amended Complaint.

2. No class has been certified, and no settlement, compromise, or dismissal is sought or required.

Accordingly, Plaintiff voluntarily dismisses this action without prejudice pursuant to Rule 41(a)(1)(A)(i).

Dated: November 8, 2025

Respectfully submitted,

By: /s/ *Travis Robert-Ritter*

Travis Robert-Ritter
Florida Bar No. 103936
**ALBRECHT LAW, LLC**
2990 Ponce De Leon Blvd, Suite 300
Coral Gables, Florida 33134
Tel: 305-431-8781
travis@albrecht.law

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on November 8, 2025, I filed the foregoing with the Clerk using CM/ECF, which will serve all counsel of record.

By: /s/ *Travis Robert-Ritter*
Travis Robert-Ritter