UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:25-cv-80993-LEIBOWITZ

**JEFFREY NADEL,** *individually and on behalf of all others similarly situated*,

    *Plaintiff*,

v.

**PRIMO WATER CORP.,** *et al.*,

    *Defendants*.

_____/

## ORDER

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal [ECF No. 7]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. The *Clerk of Court* is directed to **CLOSE** this case. All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 12, 2025.

*[signature]*

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:    counsel of record